Alan Nisselson, Trustee
Windels Marx Lane & Mittendorf
156 West 56th Street
New York, NY  10019
(212) 237-1000
               Chapter 7 Trustee

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: GALLEON MANAGEMENT, L.P. | § Case No. 15-11029-SHL |
| | § |
| | § |
| Debtor(s) | § |

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

    Alan Nisselson, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $2,285,758.39 *(without deducting any secured claims)* | Assets Exempt: N/A |
| Total Distribution to Claimants: $356,892.69 | Claims Discharged Without Payment: N/A |
| Total Expenses of Administration: $422,266.01 | |

    3) Total gross receipts of $ 779,158.70 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $779,158.70 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 771,253.62 | 422,266.01 | 422,266.01 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 1,637.69 | 1,637.69 | 1,637.69 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 3,495,649.09 | 14,906,410.93 | 355,255.00 | 355,255.00 |
| **TOTAL DISBURSEMENTS** | $3,495,649.09 | $15,679,302.24 | $779,158.70 | $779,158.70 |

4) This case was originally filed under Chapter 7 on April 22, 2015. The case was pending for 54 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 10/17/2019          By: /s/Alan Nisselson, Trustee
                                    Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Transfer of Account balance to Successor Trustee | 1290-000 | -264,280.51 |
| Transfer of balance of estate funds from Former | 1290-000 | 264,280.51 |
| Checking Account | 1129-000 | 273,674.61 |
| Nisselson v. Rajaratnam et al Adv. Pro. No. 0105 | 1241-000 | 447,000.00 |
| Unclaimed Funds Held by NYC Comptroller | 1229-000 | 58,484.09 |
| **TOTAL GROSS RECEIPTS** | | **$779,158.70** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL SECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 4 –CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee Compensation - Alan Nisselson Trustee | 2100-000 | N/A | 42,207.94 | 17,395.43 | 17,395.43 |
| Trustee Expenses - Alan Nisselson Trustee | 2200-000 | N/A | 50.00 | 50.00 | 50.00 |
| Clerk of the Court Costs (includes adversary and other filing fees) - Clerk | 2700-000 | N/A | 350.00 | 350.00 | 350.00 |
| Attorney for Trustee Fees (Trustee Firm) - Windels Marx Lane & Mittendorf, LLP | 3110-000 | N/A | 633,384.50 | 336,072.35 | 336,072.35 |
| Attorney for Trustee Expenses (Trustee Firm) - Windels Marx Lane & Mittendorf, | 3120-000 | N/A | 4,953.51 | 4,953.51 | 4,953.51 |
| Other - Joseph A. Broderick, PC | 3410-000 | N/A | 56,478.00 | 29,967.10 | 29,967.10 |
| Other - David Beltran | 3731-000 | N/A | 750.00 | 397.95 | 397.95 |
| Trustee Compensation - Roy Babitt, Former Trustee | 2100-000 | N/A | 5,000.00 | 5,000.00 | 5,000.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 223.06 | 223.06 | 223.06 |
| Other - International Sureties, Ltd | 2300-000 | N/A | 134.53 | 134.53 | 134.53 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 419.53 | 419.53 | 419.53 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 405.60 | 405.60 | 405.60 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 378.87 | 378.87 | 378.87 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 417.52 | 417.52 | 417.52 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 390.79 | 390.79 | 390.79 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 377.22 | 377.22 | 377.22 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 428.69 | 428.69 | 428.69 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 375.10 | 375.10 | 375.10 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 374.55 | 374.55 | 374.55 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 425.68 | 425.68 | 425.68 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 373.44 | 373.44 | 373.44 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 372.92 | 372.92 | 372.92 |
| Other - International Sureties, Ltd | 2300-000 | N/A | 107.58 | 107.58 | 107.58 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 423.83 | 423.83 | 423.83 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 371.73 | 371.73 | 371.73 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 422.35 | 422.35 | 422.35 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 383.35 | 383.35 | 383.35 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 370.04 | 370.04 | 370.04 |
| Other - Morgan & Brother | 2410-000 | N/A | 715.56 | 715.56 | 715.56 |
| Other - Morgan & Brother | 2410-000 | N/A | 715.56 | 715.56 | 715.56 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| Other - Rabobank, N.A. | 2600-000 | N/A | 406.97 | 406.97 | 406.97 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 379.63 | 379.63 | 379.63 |
| Other - Morgan and Brother Manhattan Storage Company | 2410-000 | N/A | 20.96 | 20.96 | 20.96 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 12.67 | 12.67 | 12.67 |
| Other - Morgan and Brother Manhattan Storage Company | 2410-000 | N/A | 256.14 | 256.14 | 256.14 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 354.52 | 354.52 | 354.52 |
| Other - Morgan and Brother Manhattan Storage Company | 2410-000 | N/A | 255.83 | 255.83 | 255.83 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 391.63 | 391.63 | 391.63 |
| Other - Morgan and Brother Manhattan Storage Company | 2410-000 | N/A | 255.83 | 255.83 | 255.83 |
| Other - Middlesex Sheriff's Office | 2990-000 | N/A | 105.00 | 105.00 | 105.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 352.92 | 352.92 | 352.92 |
| Other - Morgan and Brother Manhattan Storage Company | 2410-000 | N/A | 255.83 | 255.83 | 255.83 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 414.72 | 414.72 | 414.72 |
| Other - Morgan and Brother Manhattan Storage Company | 2410-000 | N/A | 255.83 | 255.83 | 255.83 |
| Other - International Sureties, Ltd. | 2300-000 | N/A | 104.63 | 104.63 | 104.63 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 376.16 | 376.16 | 376.16 |
| Other - Morgan and Brother Manhattan Storage Company | 2410-000 | N/A | 255.83 | 255.83 | 255.83 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 362.52 | 362.52 | 362.52 |
| Other - Morgan and Brother Manhattan Storage Company | 2410-000 | N/A | 255.83 | 255.83 | 255.83 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 411.55 | 411.55 | 411.55 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 360.92 | 360.92 | 360.92 |
| Other - Morgan and Brother Manhattan Storage Company | 2410-000 | N/A | 255.83 | 255.83 | 255.83 |
| Other - Morgan and Brother Manhattan Storage Company | 2410-000 | N/A | 259.57 | 259.57 | 259.57 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 397.23 | 397.23 | 397.23 |
| Other - Morgan and Brother Manhattan Storage Company | 2410-000 | N/A | 255.83 | 255.83 | 255.83 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 371.41 | 371.41 | 371.41 |
| Other - Morgan and Brother Manhattan Storage Company | 2410-000 | N/A | 255.83 | 255.83 | 255.83 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 358.08 | 358.08 | 358.08 |
| Other - Morgan and Brother Manhattan Storage Company | 2410-000 | N/A | 255.83 | 255.83 | 255.83 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 459.84 | 459.84 | 459.84 |
| Other - Morgan and Brother Manhattan Storage Company | 2410-000 | N/A | 255.83 | 255.83 | 255.83 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 422.42 | 422.42 | 422.42 |
| Other - Morgan and Brother Manhattan Storage Company | 2410-000 | N/A | 255.83 | 255.83 | 255.83 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 451.67 | 451.67 | 451.67 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| Other - Morgan and Brother Manhattan Storage Company | 2410-000 | N/A | 255.83 | 255.83 | 255.83 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 435.58 | 435.58 | 435.58 |
| Other - Morgan and Brother Manhattan Storage Company | 2410-000 | N/A | 255.83 | 255.83 | 255.83 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 494.61 | 494.61 | 494.61 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 433.81 | 433.81 | 433.81 |
| Other - Morgan and Brother Manhattan Storage Company | 2410-000 | N/A | 515.50 | 515.50 | 515.50 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 477.58 | 477.58 | 477.58 |
| Other - International Sureties, Ltd. | 2300-000 | N/A | 94.76 | 94.76 | 94.76 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 461.54 | 461.54 | 461.54 |
| Other - Morgan and Brother Manhattan Storage Company | 2410-000 | N/A | 525.81 | 525.81 | 525.81 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 237.59 | 237.59 | 237.59 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 279.60 | 279.60 | 279.60 |
| Other - Morgan and Brother Manhattan Storage Company | 2410-000 | N/A | 525.81 | 525.81 | 525.81 |
| Other - Morgan and Brother Manhattan Storage Company | 2410-000 | N/A | 260.95 | 260.95 | 260.95 |
| Other - Morgan and Brother Manhattan Storage Company | 2410-000 | N/A | 260.95 | 260.95 | 260.95 |
| Other - Morgan and Brother Manhattan Storage Company | 2410-000 | N/A | 260.95 | 260.95 | 260.95 |
| Other - Morgan and Brother Manhattan Storage Company | 2410-000 | N/A | 260.95 | 260.95 | 260.95 |
| Other - Morgan and Brother Manhattan Storage Company | 2410-000 | N/A | 3,333.40 | 3,333.40 | 3,333.40 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $771,253.62 | $422,266.01 | $422,266.01 |

## EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1P-2 | New York State Department of Taxation & Finance | 5200-000 | N/A | 1,637.69 | 1,637.69 | 1,637.69 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $1,637.69 | $1,637.69 | $1,637.69 |

UST Form 101-7-TDR (10/1/2010)

**EXHIBIT 7 –GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1U-2 | New York State Department of Taxation & Finance | 7100-000 | N/A | 255.00 | 255.00 | 255.00 |
| 2 | Ropers, Majeski, Kohn & Bentley | 7100-000 | N/A | 53,225.25 | 5,000.00 | 5,000.00 |
| 3 -2 | Ladenburg Thalmann & Co. Inc. | 7100-000 | 1,343,169.84 | 1,352,930.68 | 275,000.00 | 275,000.00 |
| 4 -2 | Rengan Rajaratnam | 7100-000 | 2,080,000.00 | 13,500,000.00 | 75,000.00 | 75,000.00 |
| NOTFILED | Leon Shaulov | 7100-000 | 74.04 | N/A | N/A | 0.00 |
| NOTFILED | Raj K Rajaratnam | 7100-000 | 2,488.63 | N/A | N/A | 0.00 |
| NOTFILED | Ravidhu Perera | 7100-000 | 2,500.00 | N/A | N/A | 0.00 |
| NOTFILED | Chris Wolf | 7100-000 | 18.00 | N/A | N/A | 0.00 |
| NOTFILED | CT Corporation System | 7100-000 | 991.00 | N/A | N/A | 0.00 |
| NOTFILED | Christopher John the Printworks | 7100-000 | 1,431.58 | N/A | N/A | 0.00 |
| NOTFILED | Robert Wood | 7100-000 | 467.12 | N/A | N/A | 0.00 |
| NOTFILED | Jeff Bernstein | 7100-000 | 476.20 | N/A | N/A | 0.00 |
| NOTFILED | Jeff Bernstein | 7100-000 | 304.20 | N/A | N/A | 0.00 |
| NOTFILED | George Lau | 7100-000 | 3,800.00 | N/A | N/A | 0.00 |
| NOTFILED | Sara Chou | 7100-000 | 2,400.00 | N/A | N/A | 0.00 |
| NOTFILED | Raj Ayyagari | 7100-000 | 9.00 | N/A | N/A | 0.00 |
| NOTFILED | MCI | 7100-000 | 361.03 | N/A | N/A | 0.00 |
| NOTFILED | Verizon | 7100-000 | 1,428.29 | N/A | N/A | 0.00 |
| NOTFILED | Jeff Bernstein | 7100-000 | 604.00 | N/A | N/A | 0.00 |
| NOTFILED | Jeff Bernstein | 7100-000 | 90.58 | N/A | N/A | 0.00 |
| NOTFILED | Jeff Bernstein | 7100-000 | 334.50 | N/A | N/A | 0.00 |
| NOTFILED | Peter Schwarz | 7100-000 | 4,676.88 | N/A | N/A | 0.00 |
| NOTFILED | IPC Information Systems | 7100-000 | 8,473.57 | N/A | N/A | 0.00 |
| NOTFILED | NYS Department of Law Division of Corporations, | 7100-000 | 9.00 | N/A | N/A | 0.00 |
| NOTFILED | HSBC Bank Service Charge | 7100-000 | 25.00 | N/A | N/A | 0.00 |
| NOTFILED | NYS Department of Law | 7100-000 | 35.00 | N/A | N/A | 0.00 |
| NOTFILED | NY 90 Minute Corp | 7100-000 | 72.50 | N/A | N/A | 0.00 |
| NOTFILED | Tom Fernandez | 7100-000 | 227.59 | N/A | N/A | 0.00 |
| NOTFILED | Carrie Mewha | 7100-000 | 239.00 | N/A | N/A | 0.00 |
| NOTFILED | Varitech Services | 7100-000 | 4,804.84 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Dan Wichman | 7100-000 | 1,141.38 | N/A | N/A | 0.00 |
| NOTFILED | Goldman Sachs Group Inc. | 7100-000 | 4,200.00 | N/A | N/A | 0.00 |
| NOTFILED | PJ Mechanical Service & Maintenance | 7100-000 | 772.17 | N/A | N/A | 0.00 |
| NOTFILED | QWEST | 7100-000 | 14.51 | N/A | N/A | 0.00 |
| NOTFILED | QWEST | 7100-000 | 9.64 | N/A | N/A | 0.00 |
| NOTFILED | NMS Management, Inc | 7100-000 | 30,000.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $3,495,649.09 | $14,906,410.93 | $355,255.00 | $355,255.00 |

**UST Form 101-7-TDR (10/1/2010)**

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 15-11029-SHL  
**Case Name:** GALLEON MANAGEMENT, L.P.

**Period Ending:** 10/17/19

**Trustee:** (521090) Alan Nisselson, Trustee  
**Filed (f) or Converted (c):** 04/22/15 (f)  
**§341(a) Meeting Date:** 06/01/15  
**Claims Bar Date:** 09/14/15

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Checking Account | 173,337.15 | 173,337.15 | | 273,674.61 | FA |
| 2 | Accounts Receivable | 1,947,868.20 | 1,947,868.20 | | 0.00 | FA |
| 3 | Amount Owed by Subtenant for Future Rent<br>   Amount Owed by Subtenant Forefront Capital for Future Rent Under Contract through June 30, 2015.<br><br>On September 11, 2017, the Trustee filed Claim No. 10 in the amount of $1,898,115.21, the amount due under the sublease, in the Chapter 7 Case of Bradley Reifler, co-obligator under subtenant lease) No. 17-35075-cgm.<br><br>It does not appear that there will be any distributions to general unsecure creditors in the Reifler bankruptcy case. | 337,390.19 | 337,390.19 | | 0.00 | FA |
| 4 | Office Equipment and Furnishings<br>   Located at 390 Madison Avenue, New York, NY | 500.00 | 500.00 | | 0.00 | FA |
| 5 | Nisselson v. Rajaratnam et al Adv. Pro. No. 0105 (u)<br>   Nisselson v. Rajaratnam et al Adv. Pro. No. 17-01052-shl<br>Trustee commenced action to recover avoidable transfers of millions of dollars from Defendants Rajaratnam, Schutte and Lau caused the Debtor in December 2010 to make to themselves, which virtually completed the liquidation of the Debtor's assets. The Trustee and Rajaratnam, Schutte and Lau entered into a settlement agreement pursuant to which Defendants agreed to pay the sum of $447,000.00 to settle the Trustee's claims. (Adv. Pro. No. 17-01052-shl Doc. No. 21). The Settlement was approved by Order dated 2/6/2019. (Adv. Pro. No. 17-01052-shl Doc. No. 22). | Unknown | 137,700,000.00 | | 447,000.00 | FA |
| 6 | Unclaimed Funds Held by NYC Comptroller (u) | 0.00 | 0.00 | | 58,484.09 | FA |
| 6 Assets | **Totals** (Excluding unknown values) | **$2,459,095.54** | **$140,159,095.54** | | **$779,158.70** | **$0.00** |

Printed: 10/17/2019 07:57 AM     V.14.56

Page: 2

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 15-11029-SHL  
**Case Name:** GALLEON MANAGEMENT, L.P.

**Trustee:** (521090) Alan Nisselson, Trustee  
**Filed (f) or Converted (c):** 04/22/15 (f)  
**§341(a) Meeting Date:** 06/01/15

**Period Ending:** 10/17/19  
**Claims Bar Date:** 09/14/15

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Major Activities Affecting Case Closing:**

    The Trustee prepared the TFR on 4/15/2019  
    The UST Approved the TFR on 4/15/2019  
    The Final Hearing was scheduled for 7/17/2019  
    The Trustee filed a CNO for the Final Compensation Applications on  
    The Court approved the Final Compensation Applications by Order dated __/__/__  
    Trustee made Final Distributions on __/__/__  
    The Trustee will prepare the TDR upon clearance of all distribution checks.

**Initial Projected Date Of Final Report (TFR):**    December 31, 2018     **Current Projected Date Of Final Report (TFR):**    April 15, 2019  (Actual)

Printed: 10/17/2019 07:57 AM     V.14.56

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 15-11029-SHL  
**Case Name:** GALLEON MANAGEMENT, L.P.  
**Taxpayer ID #:** **-***6982  
**Period Ending:** 10/17/19

**Trustee:** Alan Nisselson, Trustee (521090)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******7566 - Checking Account  
**Blanket Bond:** N/A  
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 05/11/15 | {1} | Galleon Management LP | Turnover of cash in bank accounts | 1129-000 | 273,674.61 | | 273,674.61 |
| 05/29/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 223.06 | 273,451.55 |
| 06/19/15 | 101 | International Sureties, Ltd | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/19/2015 FOR CASE #15-11029, Bond # 016030120 6/19/15 to 6/19/16 | 2300-000 | | 134.53 | 273,317.02 |
| 06/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 419.53 | 272,897.49 |
| 07/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 405.60 | 272,491.89 |
| 08/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 378.87 | 272,113.02 |
| 09/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 417.52 | 271,695.50 |
| 10/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 390.79 | 271,304.71 |
| 11/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 377.22 | 270,927.49 |
| 12/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 428.69 | 270,498.80 |
| 01/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 375.10 | 270,123.70 |
| 03/01/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 374.55 | 269,749.15 |
| 03/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 425.68 | 269,323.47 |
| 04/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 373.44 | 268,950.03 |
| 05/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 372.92 | 268,577.11 |
| 06/28/16 | 102 | International Sureties, Ltd | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 04/30/2016 FOR CASE #15-11029, Bond # 016030120; Term: 06/19/16 to 06/19/17 | 2300-000 | | 107.58 | 268,469.53 |
| 06/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 423.83 | 268,045.70 |
| 07/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 371.73 | 267,673.97 |
| 08/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 422.35 | 267,251.62 |
| 09/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 383.35 | 266,868.27 |
| 10/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 370.04 | 266,498.23 |
| 11/07/16 | 103 | Morgan & Brother | Storage of books and records    Invoice No. 232219, Storage | 2410-000 | | 715.56 | 265,782.67 |
| 11/10/16 | 104 | Morgan & Brother | Storage of books and records    Invoice No. 233251, Storage | 2410-000 | | 715.56 | 265,067.11 |
| 11/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 406.97 | 264,660.14 |
| 12/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 379.63 | 264,280.51 |
| 01/13/17 | 105 | Alan Nisselson, Successor Trustee of Galleon Management, LP | Transfer of Account balance to Successor Trustee | 1290-000 | -264,280.51 | | 0.00 |

Subtotals :    $9,394.10    $9,394.10

{} Asset reference(s)

Printed: 10/17/2019 07:57 AM    V.14.56

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 15-11029-SHL  
**Case Name:** GALLEON MANAGEMENT, L.P.  

**Taxpayer ID #:** **-***6982  
**Period Ending:** 10/17/19  

**Trustee:** Alan Nisselson, Trustee (521090)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******7566 - Checking Account  
**Blanket Bond:** N/A  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | **ACCOUNT TOTALS** | | 9,394.10 | 9,394.10 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 9,394.10 | 9,394.10 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$9,394.10** | **$9,394.10** | |

{} Asset reference(s)

Printed: 10/17/2019 07:57 AM    V.14.56

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

**Case Number:** 15-11029-SHL  
**Case Name:** GALLEON MANAGEMENT, L.P.  

**Taxpayer ID #:** **-***6982  
**Period Ending:** 10/17/19  

**Trustee:** Alan Nisselson, Trustee (521090)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******3266 - Checking Account  
**Blanket Bond:** N/A  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 01/27/17 | | Transfer from R. Babitt as Trustee Account | Transfer of balance of estate funds from Former Trustee to Successor Trustee Transfer of Estate balances from Former Trustee to Successor Trustee | 1290-000 | 264,280.51 | | 264,280.51 |
| 01/31/17 | 101 | Morgan and Brother Manhattan Storage Company | Storage | 2410-000 | | 20.96 | 264,259.55 |
| 01/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 12.67 | 264,246.88 |
| 02/06/17 | 102 | Morgan and Brother Manhattan Storage Company | Storage, Invoice No. 236640 | 2410-000 | | 256.14 | 263,990.74 |
| 02/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 354.52 | 263,636.22 |
| 03/08/17 | 103 | Morgan and Brother Manhattan Storage Company | Storage, Invoice No. 237731 | 2410-000 | | 255.83 | 263,380.39 |
| 03/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 391.63 | 262,988.76 |
| 04/05/17 | 104 | Morgan and Brother Manhattan Storage Company | Storage, Invoice No. 238913 | 2410-000 | | 255.83 | 262,732.93 |
| 04/19/17 | 105 | Middlesex Sheriff's Office | Service of summons and complaint | 2990-000 | | 105.00 | 262,627.93 |
| 04/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 352.92 | 262,275.01 |
| 05/02/17 | 106 | Morgan and Brother Manhattan Storage Company | Storage, Invoice No. 239951 | 2410-000 | | 255.83 | 262,019.18 |
| 05/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 414.72 | 261,604.46 |
| 06/16/17 | 107 | Morgan and Brother Manhattan Storage Company | Storage, Invoice No. 241171 | 2410-000 | | 255.83 | 261,348.63 |
| 06/19/17 | 108 | International Sureties, Ltd. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/19/2017 FOR CASE #15-11029, Bond # 016030120; Term: 6/19/17 to 6/19/18 | 2300-000 | | 104.63 | 261,244.00 |
| 06/30/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 376.16 | 260,867.84 |
| 07/06/17 | 109 | Morgan and Brother Manhattan Storage Company | Storage, Invoice No. 242298 | 2410-000 | | 255.83 | 260,612.01 |
| 07/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 362.52 | 260,249.49 |
| 08/04/17 | 110 | Morgan and Brother Manhattan Storage Company | Storage, Invoice No. 243499 | 2410-000 | | 255.83 | 259,993.66 |
| 08/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 411.55 | 259,582.11 |
| 09/29/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 360.92 | 259,221.19 |
| 10/05/17 | 111 | Morgan and Brother Manhattan Storage Company | Storage, Invoice No. 244618 | 2410-000 | | 255.83 | 258,965.36 |
| 10/05/17 | 112 | Morgan and Brother Manhattan Storage Company | Storage, Invoice No. 245813 | 2410-000 | | 259.57 | 258,705.79 |

Subtotals :    $264,280.51    $5,574.72

{} Asset reference(s)    Printed: 10/17/2019 07:57 AM    V.14.56

Exhibit 9

# Form 2

Page: 4

## Cash Receipts And Disbursements Record

**Case Number:** 15-11029-SHL  
**Case Name:** GALLEON MANAGEMENT, L.P.  

**Taxpayer ID #:** **-***6982  
**Period Ending:** 10/17/19  

**Trustee:** Alan Nisselson, Trustee (521090)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******3266 - Checking Account  
**Blanket Bond:** N/A  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 10/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 397.23 | 258,308.56 |
| 11/13/17 | 113 | Joseph A. Broderick, PC | Storage, Invoice No. 246901 Voided on 11/13/17 | 3410-004 | | 255.83 | 258,052.73 |
| 11/13/17 | 113 | Joseph A. Broderick, PC | Storage, Invoice No. 246901 Voided: check issued on 11/13/17 | 3410-004 | | -255.83 | 258,308.56 |
| 11/13/17 | 114 | Morgan and Brother Manhattan Storage Company | Storage, Invoice No. 246901 | 2410-000 | | 255.83 | 258,052.73 |
| 11/30/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 371.41 | 257,681.32 |
| 12/07/17 | 115 | Morgan and Brother Manhattan Storage Company | Storage, Invoice No. 248119 | 2410-000 | | 255.83 | 257,425.49 |
| 12/29/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 358.08 | 257,067.41 |
| 01/08/18 | 116 | Morgan and Brother Manhattan Storage Company | Storage, Invoice No. 249145 | 2410-000 | | 255.83 | 256,811.58 |
| 01/11/18 | {6} | State of NY | Unclaimed funds from NYS Comptroller | 1229-000 | 58,484.09 | | 315,295.67 |
| 01/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 459.84 | 314,835.83 |
| 02/05/18 | 117 | Morgan and Brother Manhattan Storage Company | Storage, Invoice No. 250318 | 2410-000 | | 255.83 | 314,580.00 |
| 02/28/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 422.42 | 314,157.58 |
| 03/02/18 | 118 | Morgan and Brother Manhattan Storage Company | Storage, Invoice No. 251401 | 2410-000 | | 255.83 | 313,901.75 |
| 03/30/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 451.67 | 313,450.08 |
| 04/03/18 | 119 | Morgan and Brother Manhattan Storage Company | Storage, Invoice No. 252570 | 2410-000 | | 255.83 | 313,194.25 |
| 04/30/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 435.58 | 312,758.67 |
| 05/03/18 | 120 | Morgan and Brother Manhattan Storage Company | Storage, Invoice No. 253642 | 2410-000 | | 255.83 | 312,502.84 |
| 05/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 494.61 | 312,008.23 |
| 06/29/18 | 121 | International Sureties, Ltd. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/29/2018 FOR CASE #15-11029, Bond # 016030120 Stopped on 08/10/18 | 2300-005 | | 94.76 | 311,913.47 |
| 06/29/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 433.81 | 311,479.66 |
| 07/09/18 | 122 | Morgan and Brother Manhattan Storage Company | Storage, Invoice Nos. 254865, 5/31/2018 - $255.83 and 255944, 6/30/2018 - $259.67 | 2410-000 | | 515.50 | 310,964.16 |
| 07/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 477.58 | 310,486.58 |
| 08/10/18 | 121 | International Sureties, Ltd. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/29/2018 FOR CASE #15-11029, Bond # 016030120 | 2300-005 | | -94.76 | 310,581.34 |

Subtotals : $58,484.09 $6,608.54

{} Asset reference(s)  
Printed: 10/17/2019 07:57 AM    V.14.56

Exhibit 9

## Form 2

### Cash Receipts And Disbursements Record

Page: 5

**Case Number:** 15-11029-SHL  
**Case Name:** GALLEON MANAGEMENT, L.P.  
**Taxpayer ID #:** **-***6982  
**Period Ending:** 10/17/19

**Trustee:** Alan Nisselson, Trustee (521090)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******3266 - Checking Account  
**Blanket Bond:** N/A  
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | | | Stopped: check issued on 06/29/18 | | | | |
| 08/10/18 | 123 | International Sureties, Ltd. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/29/2018 FOR CASE #15-11029, Bond # 016030120 | 2300-000 | | 94.76 | 310,486.58 |
| 08/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 461.54 | 310,025.04 |
| 09/05/18 | 124 | Morgan and Brother Manhattan Storage Company | Storage, Invoice Nos. 257181, 7/31/2018 - $260.95 and 258302, 8/31/2018 - $264.86 | 2410-000 | | 525.81 | 309,499.23 |
| 09/28/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 237.59 | 309,261.64 |
| 10/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 279.60 | 308,982.04 |
| 11/06/18 | 125 | Morgan and Brother Manhattan Storage Company | Storage, Invoice Nos. 259491, 9/30/2018 - $260.95 and 260597, 10/31/2018 - $264.86 | 2410-000 | | 525.81 | 308,456.23 |
| 12/04/18 | 126 | Morgan and Brother Manhattan Storage Company | Storage, Invoice No. 261803 | 2410-000 | | 260.95 | 308,195.28 |
| 01/03/19 | 127 | Morgan and Brother Manhattan Storage Company | Storage, Invoice No. 262892 | 2410-000 | | 260.95 | 307,934.33 |
| 02/04/19 | 128 | Morgan and Brother Manhattan Storage Company | Storage, Invoice No. 264083 | 2410-000 | | 260.95 | 307,673.38 |
| 02/20/19 | {5} | Golenbock Eiseman | Settlement paid on behalf of Rajaratnam, Schutte and Lau approved by Order dated 2/6/2019. (Adv. Pro. No. 17-01052-shl Doc. No. 22). | 1241-000 | 447,000.00 | | 754,673.38 |
| 03/04/19 | 129 | Morgan and Brother Manhattan Storage Company | Storage, Invoice No. 265151 | 2410-000 | | 260.95 | 754,412.43 |
| 04/01/19 | 130 | Morgan and Brother Manhattan Storage Company | Storage, Invoice No. 266333 | 2410-000 | | 3,333.40 | 751,079.03 |
| 06/12/19 | | Transition Transfer Debit | | 9999-000 | | 751,079.03 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 769,764.60 | 769,764.60 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 751,079.03 | |
| | | | **Subtotal** | | 769,764.60 | 18,685.57 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$769,764.60** | **$18,685.57** | |

{} Asset reference(s)

Printed: 10/17/2019 07:57 AM    V.14.56

Exhibit 9

# Form 2

Page: 6

## Cash Receipts And Disbursements Record

**Case Number:** 15-11029-SHL  
**Case Name:** GALLEON MANAGEMENT, L.P.  
**Taxpayer ID #:** **-***6982  
**Period Ending:** 10/17/19  

**Trustee:** Alan Nisselson, Trustee (521090)  
**Bank Name:** Metropolitan Commercial Bank  
**Account:** ******2975 - Checking Account  
**Blanket Bond:** N/A  
**Separate Bond:** N/A  

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 06/12/19 | | Transition Transfer Credit | Transition Transfer Credit | 9999-000 | 751,079.03 | | 751,079.03 |
| 08/15/19 | 10131 | Alan Nisselson Trustee | Dividend paid 100.00% on $17,395.43, Trustee Compensation; Reference: | 2100-000 | | 17,395.43 | 733,683.60 |
| 08/15/19 | 10132 | Alan Nisselson Trustee | Dividend paid 100.00% on $50.00, Trustee Expenses; Reference: | 2200-000 | | 50.00 | 733,633.60 |
| 08/15/19 | 10133 | Windels Marx Lane & Mittendorf, LLP | Dividend paid 100.00% on $336,072.35, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 336,072.35 | 397,561.25 |
| 08/15/19 | 10134 | Windels Marx Lane & Mittendorf, LLP | Dividend paid 100.00% on $4,953.51, Attorney for Trustee Expenses (Trustee Firm); Reference: | 3120-000 | | 4,953.51 | 392,607.74 |
| 08/15/19 | 10135 | Joseph A. Broderick, PC | Dividend paid 100.00% on $29,967.10, Accountant for Trustee Fees (Other Firm); Reference: | 3410-000 | | 29,967.10 | 362,640.64 |
| 08/15/19 | 10136 | Clerk of the Court | Dividend paid 100.00% on $350.00, Clerk of the Court Costs (includes adversary and other filing fees); Reference: | 2700-000 | | 350.00 | 362,290.64 |
| 08/15/19 | 10137 | David Beltran | Dividend paid 100.00% on $397.95, Consultant for Trustee Fees; Reference: | 3731-000 | | 397.95 | 361,892.69 |
| 08/15/19 | 10138 | Roy Babitt, Former Trustee | Dividend paid 100.00% on $5,000.00, Trustee Compensation; Reference: | 2100-000 | | 5,000.00 | 356,892.69 |
| 08/15/19 | 10139 | New York State Department of Taxation & Finance | Distribution for 1P-2. | 5200-000 | | 1,637.69 | 355,255.00 |
| 08/15/19 | 10140 | New York State Department of Taxation & Finance | Distribution for 1U-2. | 7100-000 | | 255.00 | 355,000.00 |
| 08/15/19 | 10141 | Ropers, Majeski, Kohn & Bentley | Distribution for 2. | 7100-000 | | 5,000.00 | 350,000.00 |
| 08/15/19 | 10142 | Ladenburg Thalmann & Co. Inc. | Distribution for 3 -2. | 7100-000 | | 275,000.00 | 75,000.00 |
| 08/15/19 | 10143 | Rengan Rajaratnam | Distribution for 4 -2. | 7100-000 | | 75,000.00 | 0.00 |
| | | | ACCOUNT TOTALS | | 751,079.03 | 751,079.03 | $0.00 |
| | | | Less: Bank Transfers | | 751,079.03 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 751,079.03 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | $0.00 | $751,079.03 | |

{} Asset reference(s)

Printed: 10/17/2019 07:57 AM    V.14.56

Exhibit 9

# Form 2
## Cash Receipts And Disbursements Record

Page: 7

| Case Number: | 15-11029-SHL | Trustee: | Alan Nisselson, Trustee (521090) |
|---|---|---|---|
| Case Name: | GALLEON MANAGEMENT, L.P. | Bank Name: | Metropolitan Commercial Bank |
| | | Account: | ******2975 - Checking Account |
| Taxpayer ID #: | **-***6982 | Blanket Bond: | N/A |
| Period Ending: | 10/17/19 | Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|

Net Receipts : 779,158.70

Net Estate : $779,158.70

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| Checking # ******7566 | 9,394.10 | 9,394.10 | 0.00 |
| Checking # ******3266 | 769,764.60 | 18,685.57 | 0.00 |
| Checking # ******2975 | 0.00 | 751,079.03 | 0.00 |
| | $779,158.70 | $779,158.70 | $0.00 |

{} Asset reference(s)

Printed: 10/17/2019 07:57 AM V.14.56